Renier Music House, Inc., for the use of Irwin and Ralph Renier, trading as Renier Bros., appellant, v. Alberta Gassman, appellee. Gen. No. 8,054.

Opinion filed September 24, 1929.
F. J. Campbell, for appellant. Frank T. Sheean and Louis A. Nack, for appellee.
Mr. Presiding Justice Boggs delivered the opinion of the court.